# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## APPEAL NO. 18-1737

**EDWIN HERNANDEZ-FAVALE,**
Petitioner-Appellant,

v.

**UNITED STATES**
Respondent-Appellee.

## MOTION FOR REMAND

**TO THE HONORABLE COURT:**

COMES NOW, Appellee, United States of America, through the undersigned attorneys, and respectfully moves for remand:

1. This is an appeal from an order denying a 28 U.S.C. § 2255 motion, wherein petitioner-appellant Edwin Hernández-Favale ("Hernández") argued that, in light of *Johnson II*, he no longer qualified as an Armed Career Criminal because his convictions for attempted murder, robbery, and robbery of a vehicle under Puerto Rico law were no longer "violent felonies" for purposes of the ACCA, 18 U.S.C. § 924(2). Thus, he requested resentencing without the ACCA enhancement.

2. As Hernández concedes, the First Circuit has since confirmed that Puerto Rico attempted murder constitutes a violent felony for purposes of the ACCA. *See United States v. Báez-Martínez*, 950 F.3d 119, 133 (1st Cir. 2020). Thus, his two convictions for Puerto Rico attempted murder count as ACCA predicates under circuit precedent.

3. Meanwhile, since initially opposing Hernández's § 2255 petition, the government has abandoned its argument that Puerto Rico robbery continues to qualify as an ACCA predicate post-*Johnson II*. Hence, because the ACCA enhancement requires three predicates, the question in this appeal is whether either of Hernández's two convictions for robbery of a vehicle under Puerto Rico law constitutes a "violent felony" after *Johnson II*.

3. The government maintains that robbery of a vehicle under Puerto Rico qualifies as an ACCA predicate, even after *Johnson II*. However, considering the record of this case as it currently stands and the available state court documents, the government avers the best course of action is to remand for resentencing without the ACCA enhancement so that the district court may impose a determinate sentence within the applicable statutory maximum.

WHEREFORE, it is requested this Court remand this case to the district court to conduct further proceedings.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 9th day of April 2021.

    W. Stephen Muldrow
    United States Attorney

    /s/ Mariana E. Bauzá-Almonte
    Assistant United States Attorney
    Chief, Appellate Division

    /s/ Francisco A. Besosa-Martínez
    Assistant United States Attorney
    United States Attorney=s Office
    Torre Chardón, Room 1201
    350 Carlos Chardón Ave.
    San Juan, Puerto Rico 00918
    Tel. (787) 766-5656
    Fax (787) 771-4050

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

    /s/ Francisco A. Besosa-Martínez
    Assistant United States Attorney